**GOLDEN STATE BANK, a California Corporation, Plaintiff–Counter–Defendant–Appellee,**

v.

**FIRST–CITIZENS BANK & TRUST COMPANY, a North Carolina corporation, Defendant–Counter–Claimant–Appellant.**

No. 10–56388.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 11, 2011.*

Filed Jan. 20, 2011.

Thomas Elmer Campagne, Esquire, Mary F. Lerner, Esquire, Campagne, Campagne & Lerner, Fresno, CA, for Plaintiff–Counter–Defendant–Appellee.

Todd Christopher Bouton, Wayne W. Call, Call & Jensen, PC, Newport Beach, CA, for Defendant–Counter–Claimant–Appellant.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

First–Citizens Bank & Trust Company appeals from the district court's order expunging a lis pendens and ordering that certain real property not be sold or encumbered without prior approval from the court or the arbitrator in the parties' pending arbitration proceedings. Having conducted a review of the record, and the briefing in this appeal, we conclude that the district court's order is not an order granting, modifying or denying a preliminary injunction. 28 U.S.C.A. § 1292(a)(1). Consequently, this interlocutory appeal is dismissed for lack of jurisdiction.

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.